

IN THE
TENTH COURT OF APPEALS

No. 10-16-00400-CV

**TOMMY MARTIN D/B/A CAREFREE LANDSCAPING,**
                                                    **Appellant**
 **v.**

**CARRIAGE MANAGEMENT, INC.,**
**A DELAWARE CORP. D/B/A HILLIER FUNERAL HOME,**
                                                    **Appellee**

From the 272nd District Court
Brazos County, Texas
Trial Court No. 16-001105-CV-272

## MEMORANDUM OPINION

Appellant, Tommy Martin d/b/a Carefree Landscaping filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant indicates that the parties have compromised and settled their disputes. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Judge Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed February 1, 2017
[CV06]

